1  DONNA M. RUTTER (SBN 145704)
   GEOFFREY M. HASH (SBN 227223)
2  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA  94111
4  Telephone:  (415) 835-9000
   Facsimile:  (415) 834-0443
5  E-mail: drutter@cdhklaw.com, ghash@cdhklaw.com

6  Attorneys for Defendant
   Argosy Education Group, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BORIS PORKOVICH and SUSAN | Case No.  C05-04506 MMC
   | LOPEZ,                    |
12 |                           |
   |       Plaintiffs,         |
13 |                           | STIPULATION AND ORDER VACATING
   | vs.                       | MOTIONS FOR REMAND AND FEES
14 |                           | AND MOTION TO DISMISS PLAINTIFF'S
   | ARGOSY EDUCATION GROUP, INC., | SECOND CAUSE OF ACTION
15 | and DOES 1-10,            | AND ORDER OF DISMISSAL
   |                           |
16 |       Defendants.         | Date:       Jan. 6, 2006
   |                           | Time:       9:00 am
17 |                           | Courtroom:  7, 19th Floor

18                               [E-Filing]

19

20

21 **THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:**

22

23     **WHEREAS** the parties to this action have reached an oral settlement and are currently

24 working on the terms of a written settlement agreement.

25

26     **IT IS HEREBY STIPULATED** that the parties, by stipulating below, wish to vacate

27 both hearing dates presently set on January 6, 2006 at 9:00 a.m. in Courtroom 7 on the following

28 motions:  (1) Plaintiff's Motion for Remand and for Fees Pursuant to 28 U.S.C. §1447(c); and (2)

| | |
|---|---|
| 1 | Defendant's Motion to Dismiss Plaintiff's Second Cause of Action. |
| 2 | **IT IS FURTHER STIPULATED** that all future dates on the Court's docket in this matter |
| 3 | be removed. |

Dated: ~~December~~ 3, ~~2005~~ /6
January

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP

By: _____
Donna M. Rutter
Geoffrey M. Hash

Attorneys for Defendant
ARGOSY EDUCATION GROUP, INC.

Dated: January 3, 2006 ~~December ___, 2005~~

LAW OFFICES OF KYRA A. SUBBOTIN

By: _____
Kyra A. Subbotin

Attorney for Plaintiffs
BORIS PORKOVICH AND SUSAN LOPEZ

### ORDER

**IT IS SO ORDERED:** and the action is DISMISSED, without prejudice; provided that if any party certifies, within 90 days, that the agreed consideration for the settlement has not been delivered over, this Order shall be vacated.

Dated: January 4, 2006

_____
The Honorable Maxine M. Chesney

2

STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR
REMAND AND DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND
CAUSE OF ACTION; CASE NO. C05-04506 MMC