```
1   DONNA M. RUTTER (SBN 145704)
    GEOFFREY M. HASH (SBN 227223)
2   CURIALE DELLAVERSON HIRSCHFELD
      & KRAEMER, LLP
3   727 Sansome Street
    San Francisco, CA  94111
4   Telephone:  (415) 835-9000
    Facsimile:  (415) 834-0443
5   E-mail: drutter@cdhklaw.com, ghash@cdhklaw.com

6   Attorneys for Defendant
    Argosy Education Group, Inc.
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BORIS PORKOVICH and SUSAN LOPEZ,<br><br>       Plaintiffs,<br><br>vs.<br><br>ARGOSY EDUCATION GROUP, INC., and DOES 1-10,<br><br>       Defendants. | Case No.  C05-04506 MMC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:     October 6, 2005 |
|---|---|

   1.  **WHEREAS** Plaintiffs Boris Porkovich and Susan Lopez ("Plaintiffs") and Defendant Argosy Education Group, Inc. ("Defendant Argosy") wish to amicably resolve this matter now pending before this Court; and

   2.  **WHEREAS** Plaintiffs and Defendant Argosy have in fact reached an agreement for such resolution;

   **NOW THEREFORE**, Plaintiffs and Defendant Argosy hereby agree and stipulate that, pursuant to Fed. Rule of Civil Procedure 41 (a)(1), and pursuant to the terms of the settlement agreement reached by them, **Plaintiffs shall and hereby do dismiss, <u>with prejudice</u>, all causes of action as to all  Defendants, including but not limited to Defendant Argosy,**

///

///

currently pending before this Court in Case No. C-05-04506 MMC.

Dated: January 30, 2006

LAW OFFICES OF KYRA A. SUBBOTIN

By: /s/ _____
      Kyra A. Subbotin

Attorney for Plaintiffs

Dated: February 9, 2006

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: /s/ _____
      Donna M. Rutter
      Geoffrey M. Hash

Attorneys for Defendant Argosy Education Group, Inc.

IT IS SO ORDERED

Dated: February 13, 2006

By: _____
      Hon. Maxine M. Chesney
      United States District Court